IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-mj-00049-NYW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JANOS RIGO,

       Defendant.
_____

**NOTICE OF APPEARANCE**
_____

    The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

                              Respectfully submitted,

                              VIRGINIA GRADY
                              Federal Public Defender


                              s/ Stephanie Snyder
                              Stephanie Snyder
                              Assistant Federal Public Defender
                              633 17th Street, Suite 1000
                              Denver, CO  80202
                              Telephone:  (303) 294-7002
                              FAX:  (303) 294-1192
                              Stephanie_Snyder@fd.org
                              Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2022, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch, Assistant United States Attorney
    Email:  Martha.paluch@usdoj.gov

    s/ Stephanie Snyder
    Stephanie Snyder
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX: (303) 294-1192
    Stephanie_Snyder@fd.org
    Attorney for Defendant